**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal No. 25-486-1** |
| **TARIQ MITCHELL,** *also known as* **TYRIK MITCHELL,** *Defendant.* | |

**ORDER**

**AND NOW**, this 27th day of May, 2026, upon consideration of Defendant Tariq Mitchell's Motion to Suppress (ECF No. 26) and the Government's response, and following a hearing, it is hereby **ORDERED** that Mitchell's motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge